# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia

| | |
|---|---|
| United States of America<br>v.<br>Christopher McConell, aka "Noonie"<br>Date of Previous Judgment: November 24, 2004<br>(Use Date of Last Amended Judgment if Applicable) | )<br>)<br>) Case No: CR604-00012-001<br>) USM No: 12033-021<br>) Daniel B. Snipes<br>) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __96__ months **is reduced to** __87 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 27 | Amended Offense Level: | 25 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 87 to 108 months | Amended Guideline Range: | 70 to 87 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[X] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated November 24, 2004, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: March 13, 2008

Judge's signature

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia

Effective Date: _____
(if different from order date)         Printed name and title